UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-cr-101-T-30TGW

JOHNSON CHERUBIN

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 118) for $53,369.15 in United States currency, which is the total amount seized from all conspirators on March 8, 2015.

Being fully advised of the relevant facts, the Court hereby finds that the currency identified above constitutes proceeds of the drug conspiracy to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 118) is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the currency identified above is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 4th day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2015\15-cr-101 Cherubin POF 118.docx